UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:18 MC 439 CDP |
| ) | |
| GREGORY MAZDRA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that respondent Gregory Mazdra is released from the custody of the United States Marshal.

**IT IS FURTHER ORDERED** that petitioner shall file a written memorandum no later than **September 25, 2018**, advising the Court on the status of the case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2018.